UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>            Plaintiff,                         )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>KELLY B. SMITH                              )<br>                                                          )<br>            Defendant.                     ) | 2:96-CR-261-LDG |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#47) on May 2, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BUREAU OF LAND MANAGEMENT
Amount of Restitution: $42,500.00

Name of Payee: USDA FOREST SERVICE
Amount of Restitution: $42,500.00

**Total Amount of Restitution ordered:** $85,000.00\*\*
  \*\*Joint and Several with co-defendants Roger Ranta and Scott Reynolds

Dated this _3rd_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE